# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00127-CV

---

**Cameron Harris, Appellant**

**v.**

**Chelsea True, Appellee**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-23-008574, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Cameron Harris appeals the trial court's final order in this suit affecting the parent-child relationship. Harris and appellee Chelsea True filed a joint motion to abate and remand this appeal to obtain mandatory findings that were not issued by the trial court after Harris timely requested them. *See* Tex. Fam. Code § 154.130(a)(1) (requiring trial court to make findings in child support order upon party's timely request).

We grant the motion and abate this appeal. *See id.*; *Martinez v. Martinez*, No. 03-16-00818-CV, 2017 WL 3897309, at *1 (Tex. App.—Austin Aug. 25, 2017, no pet.) (mem. op.) (per curiam) (abating appeal and remanding cause to trial court for entry of necessary findings under section 154.130). We remand the appeal to the trial court for the entry of the necessary findings. *See* Tex. Fam. Code § 154.130(b). A supplemental clerk's record containing the findings,

as well as any other necessary supplemental record documentation, shall be filed with this Court thirty days from the date of this order. If the supplemental clerk's record containing those findings is not provided to this Court by that date, we order the parties to file a status report on that date instead.

It is so ordered on July 3, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated and Remanded

Filed: July 3, 2025